PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Maria Isabel De La Cruz Figuereo                Docket No. 5:24-CR-290-1M

Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Maria Isabel De La Cruz Figuereo, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of October, 2024. The defendant appeared before Richard E. Myers II, Chief United States District Judge, for arraignment on the 26th day of June, 2025, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has expressed a desire to participate in mental health treatment. In response to this request, the undersigned officer respectfully recommends that the Court amend the conditions of release to include the defendant's participation in mental health treatment. Defense counsel has been consulted regarding this proposed modification and has indicated that they do not object. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-929-0768
Executed On: August 25, 2025

ORDER OF THE COURT

Considered and ordered the 26Th day of August, 2025, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge