IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00290-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIA ISABEL DE LA CRUZ FIGUEREO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' Motion for an Order to Release Funds [DE 55]. For good cause shown, the motion is GRANTED.

IT IS ORDERED that the Federal Bureau of Investigation turn over funds recovered from Maria Isabel De La Cruz Figuereo in the amount of $653.00 to the financial section of the United States District Court Clerk's Office. The funds shall be applied to the outstanding monetary penalties ordered in this case.

SO ORDERED this 28th day of September, 2026.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge